IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM SELTZER, JR., | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-0005-WS-C |
| OFFICER REECHER, | : |
| Defendant. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 22nd day of July, 2009.

    s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE